**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-041-MR-DCK**

| | | |
|---|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Certificate No. 492252, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MEDICAL FUSION, LLC, a North Carolina limited liability company; SUPERIOR HEALTHCARE PHYSICAL MEDICINE OF HENDERSONVILLE, PC, a dissolved North Carolina professional corporation, JEFFREY G. HEDGES, D.C.; and ANDREW WELLS, D.C., | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) filed by Joseph R. Pellington, concerning Mark A. Ropchock on April 15, 2020. Mark A. Ropchock seeks to appear as counsel *pro hac vice* for Defendants Medical Fusion, LLC and Jeffrey G. Hedges, D.C. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) is **GRANTED**. Mark A. Ropchock is hereby admitted *pro hac vice* to represent Defendants Medical Fusion, LLC and Jeffrey G. Hedges, D.C.

Signed: April 15, 2020

David C. Keesler
United States Magistrate Judge