IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00041-MR

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MEDICAL FUSION, LLC, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on counsel's Motion to Withdraw as Counsel for Defendants Jeffrey G. Hedges and Medical Fusion, LLC [Doc. 29].

For the reasons stated in counsel's motion, and for good cause shown,

**IT IS, THEREFORE, ORDERED** that counsel's Motion to Withdraw as Counsel for Defendants Jeffrey G. Hedges and Medical Fusion, LLC [Doc. 29] is hereby **GRANTED**, and attorney Joseph Raymond Pellington and the law firm of Redding Jones, PLLC, are hereby allowed to withdraw as local counsel for the Defendants Jeffrey G. Hedges and Medical Fusion, LLC in this matter.

**IT IS FURTHER ORDERED** that the Defendants Jeffrey G. Hedges and Medical Fusion, LLC shall have thirty (30) days from the entry of this Order to retain new local counsel as required by Local Civil Rule 83.1(b)(1).

**IT IS SO ORDERED.**

Signed: December 9, 2020

Martin Reidinger
Chief United States District Judge

2

Case 1:20-cv-00041-MR   Document 30   Filed 12/10/20   Page 2 of 2