IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00041-MR

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS ) <br> AT LLOYD'S, LONDON, ) <br> subscribing to Certificate No. 492252, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MEDICAL FUSION, LLC, a North ) <br> Carolina limited liability company; ) <br> SUPERIOR HEALTHCARE PHYSICAL ) <br> MEDICINE OF HENDERSONVILLE, ) <br> PC., a dissolved North Carolina ) <br> professional corporation; JEFFREY ) <br> G. HEDGES, D.C.; and ANDREW ) <br> WELLS, D.C., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Lift Stay. [Doc. 39].

For the reasons stated in the Plaintiffs' Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion [Doc. 39] is **GRANTED**, and the stay of this matter is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that, within thirty (30) days of the entry of this Order, the parties shall take such further action as is necessary to further litigate and conclude this civil case.

**IT IS SO ORDERED.**

Signed: July 3, 2023

Martin Reidinger
Chief United States District Judge