IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00041-MR

THOSE CERTAIN UNDERWRITERS )
AT LLOYD'S, LONDON, )
subscribing to Certificate No. 492252, )
                                                                   )
                               **Plaintiff,** )
                                                                )
     **vs.**                                                    )          <u>O R D E R</u>
                                                                   )
MEDICAL FUSION, LLC, a North )
Carolina limited liability company; )
SUPERIOR HEALTHCARE PHYSICAL )
MEDICINE OF HENDERSONVILLE, )
PC, a dissolved North Carolina )
professional corporation; JEFFREY )
G. HEDGES, D.C.; and ANDREW )
WELLS, D.C., )
                                                                   )
                                 **Defendants.** )
_____ )

        **THIS MATTER** is before the Court *sua sponte*.

        On August 14, 2023, the Court entered an Order directing the Defendant Jeffrey G. Hedges, D.C. to show cause in writing why an entry of default should not be made against him. [Doc. 50]. The Court specifically advised Defendant Hedges that failure to comply with this Order would result in the entry of default with respect to the Plaintiff's claims against him and

the dismissal of his counterclaim. [Id.]. More than fourteen (14) days have now passed, and Defendant Hedges has not responded to the Court's Order.

**IT IS, THEREFORE, ORDERED** that the Defendant Jeffrey G. Hedges, D.C.'s Answer and Counterclaim are **STRICKEN**, and the Clerk is directed to make an entry of default against this Defendant.

**IT IS SO ORDERED.**

Signed: September 1, 2023

Martin Reidinger
Chief United States District Judge