IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00041-MR

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Certificate No. 492252, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| MEDICAL FUSION, LLC, a North Carolina limited liability company; SUPERIOR HEALTHCARE PHYSICAL MEDICINE OF HENDERSONVILLE, PC, a dissolved North Carolina professional corporation; JEFFREY G. HEDGES, D.C.; and ANDREW WELLS, D.C., ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte*.

On January 23, 2024, the Clerk of Court made an entry of default against the Defendant Medical Fusion, LLC. [Doc. 61]. To date, the Plaintiff has not taken any further action to prosecute this action against this Defendant.

**IT IS, THEREFORE, ORDERED** that, within **fourteen (14) days** of this Order, the Plaintiff shall file an appropriate motion or otherwise take further

action with respect to the Defendant Medical Fusion, LLC in this matter. The Plaintiff is advised that failure to take further action within the time required will result in the dismissal of this Defendant without prejudice and without further Order.

**IT IS SO ORDERED.**   Date: 2/23/2024

Martin Reidinger
Chief United States District Judge